B-2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

IN RE: § 
 § CASE NO. 15-14170-KCF
DAVID RUSIN § 
UNA K. RUSIN § 
    DEBTOR §

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Fay Servicing, LLC as servicing agent for PROF-2014-S2 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee** | Seterus, Inc., as Servicer for Federal National Mortgage Assn. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**Fay Servicing, LLC
Bankruptcy Department
939 W. North Avenue Suite 680
Chicago, Illinois 60642**

Court Claim # (if known): 11-1
Amount of Claim: $31,295.68
Date Claim Filed: 12/01/2015

Phone: 312-780-0011
Last Four Digits of Acct #: **xxxxxx9514**

Phone: 973-538-9300
Last Four Digits of Acct.#:

Name and Address where transferee payments should be sent (if different from above):

Fay Servicing, LLC
Bankruptcy Department
939 W. North Avenue Suite 680
Chicago, Illinois 60642

Phone: 312-780-0011
Last Four Digits of Acct #: **xxxxxx9514**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ John J. Rafferty            Date:      11/22/2016
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

4590-N-1806

Buckley Madole, P.C.
14841 Dallas Parkway
Suite 300
Dallas, Texas 75254
Telephone: (972) 643-6600
POCInquiries@BuckleyMadole.com
Authorized Agent for Creditor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Chapter: 13 |
|---|---|
| David Rusin and Una K. Rusin, Debtors. | Case No.: 15-14170-KCF |
| | Judge: Kathryn C. Ferguson |

**CERTIFICATION OF SERVICE**

1. I, John J. Rafferty:

    ☒ represent the Creditor in the above-captioned matter.

    ☐ am the secretary/paralegal for _____ who represents the _____ in the above-captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On 11/22/2016, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    - Transfer of Claim

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

11/22/2016                                         /s/ John J. Rafferty
Date                                               Signature

4590-N-1806

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by court *) |
| David Rusin<br>1312 Spruce Avenue<br>Ocean, NJ 07712<br><br>Una K. Rusin<br>1312 Spruce Avenue<br>Ocean, NJ 07712 | Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by court *) |
| James G. Aaron<br>Ansell Grimm and Aaron PC<br>1500 Lawrence Avenue<br>CN 7807<br>Ocean, NJ 07712<br>jga@ansellgrimm.com<br><br>Jay R. Schmerler<br>Law Office of Jay R Schmerler, Esq.<br>1127 State Highway 35<br>Ocean, NJ 07712<br>jschmerler.atty@gmail.com | Debtors' Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by court *) |

\*   May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

4590-N-1806